## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. GABLE and WENDY L. GABLE, )<br>Plaintiffs )<br>)<br>v. )<br>)<br>BORGES CONSTRUCTION, INC., )<br>TOWN OF CHESHIRE, and )<br>BRIAN TENCCZAR, )<br>Defendants ) | CIVIL ACTION NO. 3:10-cv-30222-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants Borges Construction, Inc., et al., against the plaintiffs John A. Gable, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: June 17, 2011     By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine) 2.wpd - 11/98)
[jgm.]