```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


JOHN A. GABLE and                   )
WENDY L. GABLE,                     )
          Plaintiffs                )
                                    )
          v.                        )  C.A. No. 10-cv-30222-MAP
                                    )
BORGES CONSTRUCTION, INC.,          )
TOWN OF CHESHIRE, and               )
BRIAN TENCZAR,                      )
          Defendants                )
```

MEMORANDUM AND ORDER REGARDING
MOTION FOR RECONSIDERATION OR IN
THE ALTERNATIVE, TO REMAND
(Dkt. No. 35)

July 11, 2011

PONSOR, U.S.D.J.

This motion is hereby ALLOWED, in order to carry out the court's intent that Plaintiffs be able to pursue certain claims against two of the Defendants in state court. With this in mind, the court hereby reconsiders its original rulings as follows.

First, as to Defendant Brian Tenczar (mischaracterized as "Indispensable/Interested Party"), his Motion to Dismiss (Dkt. No. 10) is hereby ALLOWED. All seven counts against him (Counts I-VI and Count VIII) are hereby DISMISSED, with prejudice. This ruling does not alter the court's original ruling.

As to Defendant Borges Construction, Inc., its Motion to Dismiss (Dkt. No. 12) is hereby ALLOWED.  Counts I, II, III and IV are hereby ordered remanded to state court.  Counts V, VI and VII are DISMISSED, with prejudice.

As to Defendant Town of Cheshire, its Motion to Dismiss (Dkt. No. 15) is hereby ALLOWED.  Counts I, II, III and IV are hereby ordered remanded to state court.  Counts V, VI, VII, and VIII are DISMISSED, with prejudice, with the exception of the requests within Count VIII seeking purely injunctive relief, which are remanded to state court.

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        U. S. District Judge