# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. GABLE and WENDY L. GABLE, )<br>    Plaintiffs    )<br>)<br>v.    )<br>)<br>BORGES CONSTRUCTION, INC.,    )<br>TOWN OF CHESHIRE, and    )<br>BRIAN TENCZAR,    )<br>    Defendants    ) | CIVIL ACTION NO. 3:10-cv-30222 -MAP |

## AMENDED JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**AMENDED JUDGMENT** pursuant to the memorandum and order entered this date, as follows:

1. Judgment for defendant Tenczar on all counts.

2. Judgment for defendant Borges Construction, Inc. , on counts 5 -7

3. Judgment for defendant Town of Cheshire on counts 5 - 8 except for the request for injunctive relief in count 8 which is remanded to State Court along with counts 1- 4 as to defendants Borges Construction, Inc., and the Town of Cheshire.

                                                      **SARAH A. THORNTON**,
                                                      CLERK OF COURT

Dated: July 11, 2011                        By /s/ *Maurice G. Lindsay*
                                                          Maurice G. Lindsay, Deputy Clerk

(Civil Amended Judgment 2-(Routine).wpd - 11/98)                                               [jgm.]